# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION,<br><br>                                   Plaintiff,<br>    vs.<br>MICHAEL S. GALLEGOS,<br><br>                                   Defendant. | CASE NO. 15cv1678-LAB (DHB)<br><br>**ORDER DENYING MOTION TO QUASH SUBPOENAS** |

Textron obtained a $21,921,165.45 judgment against Gallegos in the U.S. District Court for the District of Rhode Island, but Gallegos hasn't paid it. (Docket nos. 40-1 and 40-6.) Its assignee, SPE LO Holdings, sought a charging order against Gallegos' interest in two entities: Pacific Pearl Hotels, LLC and Pacific Pearl Hotel Management, LLC. (Docket no. 40.) SPE LO provided California Secretary of State documents, which establish that Gallegos is a manager of the two LLCs. (Docket nos. 40-2, 40-3, and 40-4.) Because SPE LO couldn't show that Gallegos had a membership interest in the LLCs, the Court denied its motion for a charging order. (Docket no. 56.) But "[t]o avoid the possibility that Gallegos ha[d] avoided entry of a charging order by playing coy, the Court authorize[d] SPE LO to pursue postjudgment discovery to determine whether Gallegos is, in fact, a member of the LLCs." (*Id.* at 4.)

Now the LLCs have moved to quash subpoenas issued to them because Textron didn't tender the witness fees when it served the subpoenas. (Docket nos. 59 and 60.) The

subpoenas are dated November 17, 2015.  (Docket nos. 59-2 and 60-2.)  They notice the depositions for December 16, 2015 and December 17, 2015—i.e. 2 days after the filing of the LLCs' motions to quash.  (*Id.*)  The LLCs give no indication that they made any effort to meet and confer regarding the alleged defects in the subpoenas before filing their motion.  This sequence of events reeks of improper gamesmanship by the LLCs, and the Court sees no reason to grant their eleventh hour motion to quash.  It is **DENIED**.  If the LLCs must have their witness fees, they should seek them from their manager—Gallegos—who owes millions of dollars to Textron.

**IT IS SO ORDERED**.

DATED:  December 14, 2015

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge