UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Textron Financial Corp., <br><br> Plaintiff, <br><br> v. <br><br> Michael S. Gallegos, <br><br> Defendant. | Case No.: 3:15-cv-1678-LAB-AGS <br><br> **REPORT AND RECOMMENDATION FOR SECOND AMENDED ASSIGNMENT ORDER** |

Based on good cause established during the September 21, 2017 hearing and the October 2, 2017 telephonic status conference, this Court recommends modifying the latest version of the assignment order as follows:

**SECOND AMENDED ASSIGNMENT ORDER**

1. For purposes of this Second Amended Assignment Order, the following definitions apply:

    a. **Entity**: An "entity" refers to any business, company, corporation, partnership, trust, or other organization that has a legal identity apart from its members or owners.

    b. **Payment**: A "payment" refers to the transfer of any thing of value (including but not limited to money, securities, valuables, and credit), except for a bona fide

salary for defendant Michael Gallegos. The term "payment" applies to both *direct payments* and *indirect payments*, as further defined below.

  c. **Personal expenses**: The term "personal expenses" includes expenses for Gallegos himself as well as for his immediate family.

  d. ***Direct payment***: A "*direct payment*" refers to any payment directly to Gallegos himself.

  e. ***Indirect payment***: An "*indirect payment*" refers to any payment for Gallegos's personal expenses, as well as any payment to an intermediary so that another may ultimately make a payment to Gallegos or for Gallegos's personal expenses.

 2. Plaintiff SPE LO Holdings, LLC, is assigned Gallegos's interests in any payment from any entity listed in the attached Appendix. SPE LO is entitled to any *direct payment* these entities make to Gallegos. And SPE LO is entitled to any *direct payment* to Gallegos that these entities would otherwise make, if there were no assignment order. SPE LO is also entitled to any *indirect payment* these entities make. And SPE LO is entitled to any *indirect payment* these entities would otherwise make, if there were no assignment order.

 3. Gallegos must immediately report to SPE LO the amount and source of any salary or other employment compensation that he is currently receiving. This is a continuing duty, so Gallegos must also immediately report any changes to his salary or compensation, such as a new source or any changed amount.

 4. Gallegos shall not cause or encourage any entity listed in the attached Appendix to make a *direct payment* or an *indirect payment*, as defined above.

 5. If any entity listed in the attached Appendix fails to provide SPE LO a payment to which SPE LO is entitled as described above, Gallegos must immediately cause the assignment and transfer of that payment to SPE LO.

 6. Gallegos must immediately provide each entity listed in the attached Appendix with a copy of this Second Amended Assignment Order and inform each such entity of its obligation to re-direct the payments described above to SPE LO.

7. Unless that entity is already listed in the attached Appendix, Gallegos must immediately report to SPE LO the name of any entity that he creates, directs to be created, aids in creating, encourages to be created, joins, or otherwise acquires any interest in. In addition, unless that entity is already listed in the attached Appendix, Gallegos must immediately report to SPE LO the name of any entity that he controls or that he can cause to make any payments.

8. Gallegos is warned that if he violates this or any other Court order, the case may be referred to the U.S. Attorney's Office for a criminal contempt prosecution.

\* \* \* \* \*

Within five calendar days of the District Judge's adoption of the foregoing proposed Second Amended Assignment Order or issuance of a different Second Amended Assignment Order, Gallegos must file a notarized verification that he has read that Second Amended Assignment Order in its entirety (including any Appendix) and that he agrees to obey it. In that verification, Gallegos must also state that he fully understands the Second Amended Assignment Order (identifying it by ECF Document number), or he must identify any provisions that he does not fully understand. The verification must be signed by Gallegos personally, under penalty of perjury, in the presence of a notary licensed in the state of California. If Gallegos identifies any provisions that he does not fully understand, the Court will schedule an in-person hearing to discuss those identified provisions.

Any objection to this report is due October 18, 2017.

Dated: October 4, 2017

Hon. Andrew G. Schopler
United States Magistrate Judge

Page 3 of 18

3:15-cv-1678-LAB-AGS

# APPENDIX

1. AP/APMC-GP II, LLC
2. Buy Prime Tickets LLC
3. AP/APMC Management II, L.P.
4. APMC Carlisle Hotel Investors, LLC
5. Advent Hotel Management Corporation
6. Advent Security, LLC
7. 220 Market Avenue Tenancy
8. Alameda Hotel Investment, LLC
9. Albuquerque Apartment Investment (Cancelled)
10. Albuquerque Office Investment (Suspended)
11. Albuquerque Phoenix Express, Inc. [Expired]
12. American Property Consultants & Appraisers, Inc. (Suspended)
13. American Property Global Partners, Inc.
14. American Property Hotel, LLC
15. American Property Management Corp.
16. American Property Realty Corporation
17. American Property Tax Company, Inc.
18. American Property Utility Consultants, Inc.
19. American Property Valuation Consultants, Inc.
20. AP/APH Branson, L.P.
21. AP/APH Cincinnati, L.P.
22. AP/APH Dallas, L.P.
23. AP/APH Palm Springs, L.P.
24. AP/APH San Antonio, L.P.
25. AP/APH Stoneleigh, L.P.
26. AP/APH Tallahassee, L.P.

27. AP/APH Ventures, LLC
28. AP/APMC Management, L.P.
29. AP/APMC Partners, LLC
30. AP/APMC Savannah, L.P.
31. AP/APMC Stockton, L.P.
32. APMC Concessions, Inc.
33. Bay Area Hotel Investment, LLC
34. Festival Marketplace, LLC
35. Canton Investment, LLC
36. Charleston Hotel Management Corporation
37. Charleston Investment, LLC
38. Computer Web Services, Inc.
39. Coronado Investment, LLC
40. Day-Florida, Inc.
41. Executive West Tenancy
42. Folly Beach Invstment, LLC
43. Garden Hotel Investment, LLC
44. J&E Florida, Inc.
45. JDJ Joint Venture
46. Jemez Investment, LLC
47. JML Office Investment, LLC
48. La Cuesta Limited Partnership
49. La Villita Condominium Tenancy Documents
50. La Villita Investment, LLC
51. Las Cruces Hotel Limited Partnership
52. Las Cruces Hotel Management
53. Market Avenue, LLC
54. Melbourne Beach Hotel Limited Company

55. Melbourne Beach Hotel Management Corporation, Inc.
56. Melbourne Beach Investment Limited Company
57. Mountain Road Hotel Investment, LLC
58. Mountain Road Hotel Investment, LLC
59. New Mexico Marketplace Tenancy
60. New Mexico Multi-Cultural Foundation, Inc.
61. Northside Hotel Investment, LLC
62. Old Town Hotel Investment, LLC
63. Pan American Hotel Investment, LLC
64. Pan American Hotel Tenancy
65. Passaic Investment, LLC
66. Pecos Hotel Investment, LLC
67. Picacho Hotel Investment, LLC
68. Rio Grande Hotel Investment, LLC
69. Rocky Mountain Hotel Group, LLC
70. Sandia Investment, LLC
71. San Diego Hotel Tenancy
72. Sandoval Investment, LLC
73. Sangre de Cristo Hotel Investment, LLC
74. Santa Fe Hotel Investment, LLC
75. Santa Fe Picacho Hotel Management Corporation
76. Santa Fe Picacho Hotel Tenancy
77. Sixty-five Willowbrook Investment, LLC
78. Sixty-five Willowbrook Tenancy
79. Skyline, LLC
80. Skyline Joint Venture
81. South Carolina Investment, LLC
82. The Pointe, LLC

83. UBB Investment, LLC
84. Union City Hotel Management Corporation
85. Union City Hotel, LLC
86. Union City Investment, LLC
87. Visalia Hotel Tenancy
88. Visalia Hotel, LLC Entity
89. AP/APMC-GP, Inc.
90. Westside Office Investment Corporation
91. Wayne Investment, LLC
92. Oakland Hotel Ventures, LLC
93. American Property Hotel II, LLC
94. New Mexico Sequoia Investments, LLC
95. AP/APH Ventures II, LLC
96. Express Investment, Inc.
97. Patina Investments, Inc.
98. Market PlaceSalsa LLC
99. Coors/IliffJoint Venture
100. Faisel Joint Ventures
101. Magellen Investments, Inc.
102. Coach Hill Investments, Inc.
103. Fairborn Wright Office Investment LLC
104. Fairborn Investment, LLC
105. Dayton Investment, LLC
106. Tulare Investment, LLC
107. AP/APMC Partners II, LLC
108. Rosecrans Hotel Investment, LLC
109. American Property-Appraisal Management Company, Inc
110. RW Smith, LLC

111. AP/APMC-GP III, LLC
112. APMC Hotel Investors-LP, LLC (Cancelled)
113. APMC Hotel Investors-GP, LLC (Cancelled)
114. Santa Fe Salsa Company, LLC
115. Market Avenue Hotel, LLC
116. 1905/1909 Investment, LLC
117. Bell Tower Investment, LLC
118. Bellamah Investment, LLC
119. Harbour Lights Hotel Ventures, LLC (Cancelled)
120. Gaslamp Hotel Investment, LLC (Cancelled)
121. Canton Hotel Tenancy
122. Waikiki Hotel Investment, LLC
123. Continental Surf, LLC
124. Amberly Hotel Investment, LLC
125. NM Albuquerque Suites, LLC (Cancelled)
126. Eubank Investments, Inc.
127. Evergreen Investments, Inc.
128. St. Francis Hotel Investment, LLC, f/k/a Highway 85 Office Investment, LLC
129. Charlotte Office Investment, LLC
130. Columbia Office Investment, LLC
131. Parklane Office Investment, LLC
132. Rio Rico Resort Investment, LLC
133. Greenleaf Hotel, Inc.
134. Sassafras Hotel Investment, LLC
135. Sawmill Investment, LLC
136. San Joaquin Investment, LLC
137. Accentricks, Inc.
138. Lackland Hotel Investment, LLC

139. Renwick Investment, LLC
140. San Antonio Hotel Investments-LP, LLC
141. San Antonio Hotel Investments-GP, LLC
142. Galisteo Hotel Investment, LLC, f/k/a Cheever Hotel Investment, LLC
143. Lamy Hotel Investment, LLC, f/k/a Bexar Hotel Investment, LLC
144. San Antonio Hotel Ventures L.P.
145. Hotel Circle South Investment, LLC
146. CRS Hotel Investment I, LLC
147. San Diego Hotel Investment, LLC
148. Harbour Lights Hotel Operating Ventures, LLC
149. Magdalena Investment LLC
150. OntarioTowne, LLC, f/k/a Equity Realty Investors of Ontario, LLC
151. Inland Empire Inn-Vestments, LLC (Cancelled)
152. Coronado Hotel Management Corporation
153. Carlisle Hotel Ventures, LLC
154. Inland Haven Investments, LLC
155. American Property Investments, LLC
156. Mission Valley Hotel Venture, LLC
157. Sixth Avenue Parking Associates, LLC
158. Charlotte Office Tenancy
159. Columbia Office Tenancy
160. University Office Investment, LLC
161. Richland Office Investment, LLC
162. Mecklenburg Office Investment, LLC
163. Houston Street Hotel Partners, L.P.
164. Sundance Hospitality Corp.
165. NM Hotel Concessions, LLC
166. High Desert Hotel Investment, LLC

167. Concierge Entertainment Services, LLC
168. APMC Hotel Management, LLC
169. U.S. Grant Hotel Ventures, LLC
170. Pacific Hotel Concessions, LLC
171. Standard American-Albuquerque, LLC
172. Grover Beach Inn-Vestment, LLC
173. American Property Investors-Alexis Park, LLC
174. American Property Investors-Midtown, LLC
175. APMC San Diego Hotel Management, LLC
176. American Property Investors-U.S. Grant, LLC
177. CODA Investors-U.S. Grant, LLC
178. Sycuan Investors-U.S. Grant, LLC
179. Standard Hotel ABQ 2, LLC
180. Standard American - Amberley, LLC
181. American Property Investors-Knoxville, LLC
182. Armada Hotel Investment, LLC
183. Capitol Hotel Ventures, LLC
184. Sacramento Hotel Investment, LLC
185. Alexis Park Hotel Venture, LLC (Cancelled)
186. Alexis Park Hotel, LLC (Cancelled)
187. Front Range Hotel Concessions, LLC
188. Standard Hotel - COS 1, LLC
189. American Property Investors - Colorado Springs, LLC (Cancelled)
190. Hotel Plaza Real, LLC
191. Toledo Hotel Ventures, LLC
192. Cumberland Hotel Management, LLC
193. Nashville Hotel Ventures, LLC
194. American Property Investors - Nashville, LLC

195. Mid-Continent Hotel Management, LLC
196. Nashville Hotel Investment, LLC
197. Spinnaker Investors, LLC (Cancelled)
198. SHV - I, LLC (Cancelled)
199. SHV - II, LLC (Cancelled)
200. Sycuan Investors - Spinnaker, LLC (Cancelled)
201. Spinnaker Hotel Ventures, LLC (Cancelled)
202. Diamond Hotel Management, LLC
203. Tampa Hotel Ventures, LLC
204. American Property Investors - Tampa, LLC
205. Rancho Mirage Hotel Ventures, LLC (Cancelled)
206. American Property Investors - Rancho Mirage, LLC (Cancelled)
207. SNT - Rancho Mirage, LLC (Cancelled)
208. Triangle Investment - Rancho Mirage, LLC
209. Portfolio Hotels & Resorts, LLC
210. API - Rancho Mirage, LLC
211. Three Wall - Rancho Mirage, LLC
212. Three Wall - Tampa, LLC
213. American Property Investors, LLC
214. Tampa Oaks Hotel, L.L.C.
215. Standard American - Colorado Springs, LLC (Cancelled)
216. Austin Hotel Ventures, L.P. (Cancelled)
217. Austin Hotel Investment - GP, LLC (Cancelled)
218. Austin Hotel Investment - LP, LLC (Cancelled)
219. Arroyo Grande Inn-vestment, LLC
220. Stadium Hotel Investment, LLC
221. Reid Park Hotel Ventures, LLC
222. American Property Investors - Reid Park, LLC

223. API - Reid Park, LLC
224. Heritage Hotels & Resorts
225. Garden Inn Hotel Ventures, LLC
226. Reid Park Investors, LLC
227. Tucson Hotel Investors, LLC
228. Tampa Hotel Investors, LLC
229. Nashville Hotel Investors, LLC
230. Rancho Mirage Hotel Investors, LLC (Cancelled)
231. RLML Investment, LLC
232. DSS Hotel Investment, LLC
233. Front Street Hotel Investment, LLC
234. JDJ Hotel Investment, LLC
235. P&R Hotel Investment, LLC
236. W.O.T.B. - Nashville, LLC
237. Lynwood755 - Nashville, LLC
238. MFT - Nashville, LLC
239. JEV - Nashville, LLC
240. API - Nashville, LLC
241. SNT - Reid Park, LLC
242. DNT - Reid Park, LLC
243. YNT - Reid Park, LLC
244. Three Wall - Reid Park, LLC
245. Carter Beverage Corporation
246. American Property Investors - Westminster, LLC (Cancelled)
247. Villa Roma Ventures, LLC (Cancelled)
248. North Fort Worth Hotel Ventures, L.P.
249. South Fort Worth Hotel Ventures, L.P.
250. Meacham Hotel Investment - GP, LLC

251. Meacham Hotel Investment - LP, LLC
252. Alta Mesa Investment - GP, LLC
253. Alta Mesa Investment - LP, LLC
254. Gunter Hotel Ventures, L.P.
255. Gunter Hotel Investment, LLC
256. Travis Park Investment, LLC
257. American Property Investors - Gunter, LLC
258. Three Wall - Gunter, LLC
259. American Property Investors - Mission Bay, LLC
260. Mission Bay Hotel Investors, LLC
261. MB Hotel Ventures, LLC
262. Glenmont APMC Mission Bay, LLC
263. Glenmont REP II Mission Bay, LLC
264. Glenmont CIP II Mission Bay, LLC
265. ABQ Hotel Ventures, LLC
266. American Property Investors - ABQ, LLC
267. Rock Around the World Investment, LLC
268. Rock Around the World Management, LLC
269. Rock Around the World Development, LLC
270. La Jolla Shores Hotel Ventures, LLC
271. LJS Investment, LLC Entity Organization
272. Prava Hotel Investment, LLC (Cancelled)
273. Shores Hotel Investors, LLC
274. Sierra Investors - La Jolla, LLC
275. American Property Investors - La Jolla, LLC
276. Three Wall - ABQ, LLC
277. ABQ Hotel Investment, LLC
278. LJS Hotel Concessions, LLC (Cancelled)

3:15-cv-1678-LAB-AGS

279. Ontario Empire Hotel, LLC (Cancelled)
280. SL City Hotel Ventures, LLC
281. American Property Investors - SLC, LLC
282. Glenmont APMC SLC, LLC
283. Torrey Pines Hotel Investors, LLC
284. Downtown Hotel Investors, LLC
285. Salt Lake Hotel Investors, LLC
286. Harbor View Hotel Ventures, LLC
287. American Property Hospitality Management, LLC
288. APHM Hotel Management, LLC
289. APHM Carlisle, LLC
290. AP Hotels & Resorts, LLC
291. Glenmont CIP II SLC, LLC
292. Glenmont REP II SLC, LLC
293. APHM Investments, LLC
294. Cove Equity Group, LLC
295. APHM Dallas Galleria, LLC
296. APHM TX Concessions, Inc.
297. APHM NM Concessions, LLC
298. APHM Galleria - GP, LLC
299. APHM - DG, L.P.
300. APHM CA Concessions, LLC
301. APHM Zoso, LLC
302. APHM - ND, L.P.
303. APHM North Dallas - GP, LLC
304. APHM North Dallas - LP, LLC
305. APHM Palm Springs, LLC
306. Dallas North Beverage Club (Cancelled)

307. APHM Cancun, LLC
308. APHM SC Concessions, LLC
309. APHM North Charleston, LLC
310. APHM North Phoenix, LLC (Cancelled)
311. Arroyo Hotel, LLC
312. Grover Hotel, LLC
313. APHM Cancun Hotel Management, LLC
314. APHM AZ Concessions, LLC
315. APHM Kona Beach, LLC (Cancelled)
316. LAX Hotel Ventures, LLC
317. APHM Westward Look, LLC
318. APHM Sunport, LLC
319. OKC Hotel Ventures, LLC
320. Capital Brickell Hotel, LLC (Cancelled)
321. Columbia Hotel Ventures, LLC
322. Charlotte Hotel Ventures, LLC
323. Studio City Hotel Ventures, LLC
324. Gunter PS, LLC (Cancelled)
325. Westwind Charlotte, LLC
326. Westwind Columbia, LLC
327. Historico Hotel Investment, LLC (Cancelled)
328. APHM Studio City, LLC
329. APHM St. Louis, LLC
330. APHM Mexico City, LLC (Cancelled)
331. APHM FL Hotel Management, LLC (NIMES) Three Wall - Mexico City, LLC (Cancelled)
332. Westwind Mexico City, LLC (Cancelled)
333. Whitney Feeder, LLC

334. Threewall Management, LLC (Cancelled)
335. Gateway HI, L.L.C.
336. La Mer Hotel S De R L De C V
337. St. Louis Hotel Ventures, LLC
338. Mayflower Hotel Ventures, LLC
339. APHM Mayflower, LLC
340. Mayflower Spa Ventures, LLC
341. Mayflower Land Ventures, LLC
342. Mexico City Hotel Ventures, LLC (Cancelled)
343. American Property Investors - OKC, LLC
344. DNT - OKC, LLC
345. YNT - OKC, LLC
346. Three Wall - OKC, LLC
347. API - OKC, LLC
348. APHM Marquis, LLC (Cancelled)
349. Ft Worth Hotel Ventures, LLC (Cancelled)
350. Westwind Ft Worth, LLC (Cancelled)
351. St Charles Hotel Ventures, LLC (Cancelled)
352. Westwind St Charles, LLC (Cancelled)
353. Pima Hotel Ventures, LLC
354. APHM Indianapolis, LLC (Cancelled)
355. Noel Road Social Club of Dallas, Inc.
356. IN Hotel Ventures, LLC (Cancelled)
357. Holualoa Hotel La Jolla, LLC
358. Valencia Villas, LLC (Cancelled)
359. Tripoli Olive Oil, LLC
360. American Property Management Intl, LLC
361. Charlotte Funds, LLC

362. Columbia Funds, LLC
363. Avenger Hotel Management, LLC
364. Health Foods, LLC
365. International Hotel Management, LLC
366. Jetstream Hotels & Resorts, LLC
367. Jetstream Hotel Management, LLC
368. Pacific Pearl Hotel Management, LLC
369. Pacific Pearl Hotel Management - Fort Myers, LLC (Cancelled)
370. ABQ Hotel & Waterpark Investment, LLC
371. Wisconsin Dells Investment, LLC
372. Pacific Pearl Hotels, LLC
373. Pacific Pearl Hotel Management - San Diego, LLC
374. Pacific Pearl Hotel Management - La Jolla, LLC
375. San Diego Harbor View Investment, LLC
376. Little Italy Hotel Investment, LLC
377. Downtown San Diego Hotel Investment, LLC
378. Harbor View Hotel Manager, LLC
379. Pacific Pearl Hotel Management - Wisconsin, LLC
380. Pacific Pearl Hotel Management - ABQ, LLC
381. Pacific Pearl Hotel Management - Las Vegas, LLC
382. Pacific Pearl Hotel Management - SLC, LLC
383. Pacific Pearl Hotel Management - Boerne, LLC
384. Pacific Pearl Hotel Management - NW,
385. Yakima Hotel Investment, LLC
386. Yakety Yak Investment, LLC
387. Pacific Pearl Hotel Management - Canton, LLC
388. Canton Hotel Investment, LLC
389. PPH Sushi, LLC, f/k/a PPH Yakima Investment, LLC

390. Pacific Pearl Hotel Management - Niagara, LLC
391. FSSA3711, LLC
392. Pacific Pearl Hotel Management - Ontario, LLC
393. Atlanta Norcross Hotel Investment, LLC
394. Peachtree Corners Hotel Investment, LLC
395. Pacific Pearl Hotel Mgmt - GA, LLC
396. Manzano Hotel Investment, LLC