IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL S. GALLEGOS,<br><br>  Defendant. | Case No. 15-CV-1678-LAB(AGS)<br><br>**ORDER DENYING REQUEST FOR DEBTOR'S EXAM**<br><br>**[DOC. NO. 282]** |

The request for a judgment debtor exam is DENIED without prejudice. Plaintiff asserts generally that "significant developments have occurred since" the last debtor exam in February 2017 without a single example of such developments. Such generality is insufficient and does not constitute good cause.

IT IS SO ORDERED.

DATED: December 19, 2017

Hon. William V. Gallo
United States Magistrate Judge