IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL S. GALLEGOS,<br><br>Defendant. | Case No. 15-CV-1678-LAB(AGS)<br><br>**ORDER TO APPEAR FOR DEBTOR'S EXAM**<br><br>Date: January 25, 2018<br>Time: 10:00 a.m.<br>Ctrm: 1F<br>Judge: Hon. William V. Gallo |

Having read the foregoing request, and good cause appearing, the judgment debtor Michael S. Gallegos ("Gallegos") is hereby ORDERED to appear before the above-captioned court located at 221 W. Broadway, San Diego, California 92101, Courtroom 1F, on January 25, 2018 at 10:00 a.m. to furnish information to aid in the enforcement of a money judgment against him.

**NOTICE TO JUDGMENT DEBTOR. If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding. IT IS SO ORDERED.**

DATED: January 3, 2018

_____
Hon. William V. Gallo
United States Magistrate Judge