# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTRON FINANCIAL CORP., <br> Plaintiff, <br> vs. <br> MICHAEL S. GALLEGOS, <br> Defendant. | CASE NO. 15cv1678-LAB (AGS) <br><br> **ORDER RE: EX PARTE APPLICATION FOR RELIEF [Dkt. 302]** |

Last week, the Court ordered Michael Gallegos to turn over stock certificates to four companies. The Court also restrained Gallegos from "moving any funds" from the accounts connected with those four companies until he complied. Gallegos deposited one stock certificate with the US Marshal along with a letter representing he didn't have stock certificates for the other three companies. Gallegos now asks the Court to lift the portion of the order that restrained him from moving any funds from the accounts in the four companies because he says it's interfering with one of his hotel's ability to conduct business.

To be clear, the order restricted Gallegos from moving funds—it didn't restrict the hotel from carrying on its business. As Gallegos points out, the funds in these accounts "are not owned or controlled" by him. [Dkt. 302 at 4, 8.] The order was crafted to preserve the value of Gallegos's stock certificates, not to interfere with hotel business. Since Gallegos has complied with the order, and Spe Lo's failed to file an opposition within two days (*see* Standing Order § 8), the portion of the order at Dkt. 300 restraining Gallegos from moving funds in the four accounts is lifted.

Gallegos also asks the Court to return his stock certificate for Union City Hotel Management Corporation because that company is "merely an agent for the owners of DoubleTree" and "another stockholder owns 50% of the shares." [Dkt. 302 at 1.] But the stock certificate is owned by Gallegos. And "all property of the judgment debtor is subject to enforcement of a money judgment." Cal. Civ. Proc. Code § 695.010. Gallegos hasn't made the case why Union City's status as an agent, or the shares owned by another stockholder, have any bearing on Spe Lo's right to collect on its $22 million judgment against Gallegos by seizing his stock. Gallegos's motion to have his stock certificate returned is denied.

**IT IS SO ORDERED**.

Dated: February 2, 2018

**HONORABLE LARRY ALAN BURNS**
United States District Judge