# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTRON FINANCIAL CORP., <br> Plaintiff, <br> vs. <br> MICHAEL S. GALLEGOS, <br> Defendant. | CASE NO. 15cv1678-LAB (AGS) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court adopts Judge Averitte's Amended Report and Recommendation, [Dkt. 314], which shall be the operative Assignment Order going forward.

**IT IS SO ORDERED**.

Dated: October 2, 2018

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -